Division, Second Department. February 17, 1911.) Action by Josephine A. Schuller against Filippo Todaro, impleaded with another.

PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 138 App. Div. 894, 122 N. Y. Supp. 1144.

THOMAS, J., not voting.

SCHULTZ, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) Action by Elizabeth Schultz, as administratrix, etc., of Elizabeth Amelia Schultz, against the Erie Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

SCHWARTZ v. KLAR. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Tobias Schwartz against Samuel Klar. No opinion. Motion granted, unless respondent stipulates to hear appeal on the papers as printed, in which case the appeal may be set down for February 7th. Settle order on notice. See, also, 126 N. Y. Supp. 1146.

SCOTT, Respondent, v. SCOTT, Appellant. (Supreme Court, Appellate Division. First Department. February 24, 1911.) Action by Anna W. Scott against George W. Scott. T. Parsons, for appellant. A. C. Train, for respondent.

PER CURIAM. Order modified, by reducing counsel fee to $500, and, as modified, affirmed, without costs. Order filed.

McLAUGHLIN and SCOTT, JJ., dissent, voting to reduce counsel fee to $350 and alimony to $50 per month.

SEAGER, Appellant, v. SOLVAY PROCESS CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 10, 1911.) Action by Rose C. Seager, as administratrix, etc., against the Solvay Process Company. No opinion. Judgment and order affirmed, with costs. See, also, 125 App. Div. 904, 109 N. Y. Supp. 1146; 129 App. Div. 936, 115 N. Y. Supp. 1144.

SENECA FALLS MILL CO., Appellant, v. RUBINO, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 1, 1911.) Action by the Seneca Falls Mill Company against Michael Rubino. No opinion. Order reversed, with $10 costs and disbursements, and motion denied.

SEVERY, Respondent, v. SANDERS, Appellant. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) Action by Louis W. Severy against Herman H. Sanders. No opinion. Motion to vacate order dismissing appeal denied, without costs. See, also, 126 N. Y. Supp. 1146.

SEVERY, Respondent, v. SANDERS, Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Louis W. Severy against Herman H. Sanders. No opinion. Motion denied, with $10 costs. See, also, supra.

SHAMROCK STOCK FOOD CO., Appellant, v. LUECK et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) Action by the Shamrock Stock Food Company against Rudolph J. Lueck and William Meyers, partners, etc. No opinion. Motion denied, on condition that the appellant perfect its appeal within 10 days, place the case at the foot of the present calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

SHAMROCK STOCK FOOD CO., Appellant, v. LUECK et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 31, 1911.) Action by the Shamrock Stock Food Company against Rudolph J. Lueck and William Meyers, copartners, etc. No opinion. Judgment of the Municipal Court affirmed by default, with costs. See, also, supra.

SHELTER ISLAND HEIGHTS ASS'N, Respondent, v. HURDELL, Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by the Shelter Island Heights Association against Nellie F. Hurdell. No opinion. Motion to dismiss appeal granted, with $10 costs.

SHERIDAN v. CARDWELL. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Catherine E. Sheridan against Charles Cardwell. No opinion. Motion for reargument granted, and case set down for Tuesday, March 7, 1911. See, also, 126 N. Y. Supp. 781.

SIMONS, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Philip Simons against the Brooklyn Heights Railroad Company. No opinion. Motion for reargument denied. Leave granted to appeal to the Court of Appeals. For former opinion, see 126 N. Y. Supp. 792.

In re SIMPSON'S WILL. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) In the matter of the probate of the paper propounded as the last will and testament of Mary Simpson, deceased. No opinion. Motion denied, with $10 costs. See, also, 125 N. Y. Supp. 1144.

SIROTA, Respondent, v. DORNBUSH, Appellant. GOODMAN, Respondent, v. SAME, Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Actions by Isidor Sirota and by Sol. Goodman against Louis Dornbush.